# EXHIBIT 2

10-K 1 form10k.htm INTRAWEST RESORTS HOLDINGS, INC 10-K 6-30-2015

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# WASHINGTON, D.C. 20549
# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended June 30, 2015

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from          to
Commission File Number: 001-36286

# Intrawest Resorts Holdings, Inc.
(Exact Name of Registrant as Specified in Its Charter)

| Delaware | 46-3681098 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| 1621 18th Street, Suite 300 Denver, Colorado | 80202 |
| (Address of Principal Executive Offices) | (Zip Code) |

(303) 749-8200
(Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  ☐ Yes  ☒ No

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Securities Exchange Act of 1934.  ☐ Yes  ☒ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.  ☒ Yes  ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (Section 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  ☒ Yes  ☐ No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (Section 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

2013 to $56.2 million in fiscal 2014. The decrease in Real Estate operating expenses was primarily due to lower variable expenses driven by lower IRCG sales volume and an unfavorable foreign currency translation adjustment of $0.4 million. Additionally, Real Estate Adjusted EBITDA was impacted by a $0.5 million increase in our pro rata share of EBITDA from our equity method investment in MHM.

**Non-GAAP Financial Measures**

We use Adjusted EBITDA as a measure of our operating performance. Adjusted EBITDA is a supplemental non-GAAP financial measure. Adjusted EBITDA is not a substitute for net income (loss), income (loss) from continuing operations, cash flows from operating activities or any other measure prescribed by accounting principles generally accepted in the United States of America ("GAAP").

Our board of directors and management team focus on Adjusted EBITDA as a key performance and compensation measure. Adjusted EBITDA assists us in comparing our performance over various reporting periods because it removes from our operating results the impact of items that our management believes do not reflect our core operating performance. The compensation committee of our board of directors will determine the annual variable compensation for certain members of our management team based, in part, on Adjusted EBITDA.

There are limitations to using non-GAAP measures such as Adjusted EBITDA. Although we believe that Adjusted EBITDA can make an evaluation of our operating performance more consistent because it removes items that do not reflect our core operations, other companies in our industry may define Adjusted EBITDA differently than we do. As a result, it may be difficult to use Adjusted EBITDA to compare the performance of those companies to our performance. Adjusted EBITDA should not be considered as a measure of the income generated by our business or discretionary cash available to us to invest in the growth of our business. Our management compensates for these limitations by reference to our GAAP results and by using Adjusted EBITDA as a supplemental measure. The Company's definition of Adjusted EBITDA is generally consistent with the definition of Consolidated EBITDA in the Credit Agreement, with exceptions related to not adjusting for recurring public company costs and foreign currency translation adjustments related to operational activities and adjusting for executive management restructuring costs.

The following table reconciles net loss attributable to the Company to total Adjusted EBITDA for the periods presented (in thousands):

|  | Year Ended June 30, | | |
|---|---|---|---|
|  | 2015 | 2014 | 2013 |
| Net loss attributable to Intrawest Resorts Holdings, Inc. | $ (6,920) | $ (189,417) | $ (297,437) |
| Legacy and other non-core expenses, net | 3,663 | 4,164 | 12,844 |
| Other operating expenses | 9,789 | 11,200 | 4,416 |
| Depreciation and amortization | 59,076 | 55,413 | 59,582 |
| (Gain) loss on disposal of assets | (2,280) | 267 | 12,448 |
| Impairment of real estate and long-lived assets | — | 871 | 1,195 |
| Loss on remeasurement of equity method investment | 1,454 | — | — |
| Interest income, net | (274) | (319) | (1,827) |
| Interest expense on third party debt | 43,891 | 53,004 | 99,629 |
| Interest expense on notes payable to affiliates | — | 119,858 | 236,598 |
| Loss from equity method investments | 3,810 | 271 | 5,147 |
| Pro rata share of Adjusted EBITDA related to equity method investments | 3,252 | 9,153 | 8,932 |
| Gain on disposal of equity method investments | — | — | (18,923) |
| Adjusted EBITDA attributable to noncontrolling interest | (2,484) | (620) | (1,232) |
| Loss on extinguishment of debt | 676 | 35,480 | 11,152 |
| Other (income) expense, net | 1,128 | 823 | (1,973) |
| Income tax (benefit) expense | (3,902) | 677 | (23,616) |
| Income (loss) attributable to noncontrolling interest | 1,821 | 369 | (757) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total Adjusted EBITDA | $ | 112,700 | $ 101,194 | $ | 106,178 |

[Table of Contents](#)

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Intrawest Resorts Holdings, Inc.

| Date: September 9, 2015 | By: | /s/ Thomas F. Marano |
| --- | --- | --- |
| | | Thomas F. Marano |
| | | Chief Executive Officer and Director |
| | | *Principal Executive Officer* |

| Date: September 9, 2015 | By: | /s/ Travis Mayer |
| --- | --- | --- |
| | | Travis Mayer |
| | | Executive Vice President, Chief Financial Officer and Treasurer |
| | | *Principal Financial Officer* |

| Date: September 9, 2015 | By: | /s/ Carl Long |
| --- | --- | --- |
| | | Carl Long |
| | | Chief Accounting Officer and Corporate Controller |
| | | *Principal Accounting Officer* |

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| **Signature** | **Title** | **Date** |
| --- | --- | --- |
| /s/ Richard Armstrong [1]<br>Richard Armstrong | Director | September 9, 2015 |
| /s/ William J. Clifford [1]<br>William J. Clifford | Director | September 9, 2015 |
| /s/ Wesley R. Edens [1]<br>Wesley R. Edens | Director | September 9, 2015 |
| /s/ Richard E. Georgi [1]<br>Richard E. Georgi | Director | September 9, 2015 |
| /s/ John W. Harris III [1]<br>John W. Harris III | Director | September 9, 2015 |
| /s/ Timothy Jay [1]<br>Timothy Jay | Director | September 9, 2015 |

(1)
By: /s/ Travis Mayer        *Attorney-In-Fact*        September 9, 2015
Travis Mayer

98