**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-01337-RBJ

EDWARD HYDEN, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

  v.

INTRAWEST RESORTS HOLDINGS, INC.,
WESLEY R. EDENS,
THOMAS F. MARANO,
RICHARD ARMSTRONG,
WILLIAM J. CLIFFORD,
RICHARD E. GEORGI,
JOHN W. HARRIS III, and
TIMOTHY JAY,

        Defendants.

## NOTICE OF DISMISSAL

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 7, 2017                                              Respectfully submitted,

                                                                             **MONTEVERDE & ASSOCIATES PC**

                                                                             By: */s/Juan E. Monteverde*
                                                                                   Juan E. Monteverde
                                                                              The Empire State Building
                                                                              350 Fifth Avenue, Suite 4405
                                                                              New York, NY 10118

Tel.: (212) 971-1341  
Fax: (212) 202-7880  
Email: jmonteverde@monteverdelaw.com

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**  
Nadeem Faruqi  
James M. Wilson, Jr.  
685 Third Avenue, 26th Fl.  
New York, NY 10017  
Tel.: (212) 983-9330  
Fax: (212) 983-9331  
Email: nfaruqi@faruqilaw.com  
         jwilson@faruqilaw.com